UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                             :
AS & O GROCERY DELI CORP., et al.,             :
                                             :
                  Plaintiff,                :
                                             :                       25-CV-3163 (JMF)
                  -v-                            :
                                             :                            <u>ORDER</u>
UNITED STATES OF AMERICA, et al.,           :
                                             :
                  Defendants.            :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        This civil action commenced on April 16, 2025.  On April 23, 2025, Defendants filed a Notice of Appearance on the docket.  ECF No. 6.  So far, however, no proof of service on Defendants has been filed.  Plaintiffs are hereby directed to file proof of service on the docket **within three business days of this Order**.

        SO ORDERED.

Dated: May 23, 2025
            New York, New York                        _____
                                                                       JESSE M. FURMAN
                                                          United States District Judge